**Order entered January 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00861-CR

### CHRISTOPHER MICHAEL RUBIO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-33703-W**

## ORDER

Before the Court is appellant's January 16, 2019 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **February 15, 2019**. If appellant's brief is not filed by February 15, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    LANA MYERS
        JUSTICE